FILED
DALLAS COUNTY
5/30/2019 7:25 PM
FELICIA PITRE
DISTRICT CLERK

Nikiya Harris

CAUSE NO. DC-19-07803

| | |
|---|---|
| GUSTAVO LUNA, ALMA TORRES, AND RAYO ANGEL INDIVIDUALLY AND AS NEXT FRIEND OF J.R. (MINOR),<br>Plaintiffs,<br><br>v.<br><br>JONATHAN BELL AND J&R SCHUGEL TRUCKING, INC.,<br>Defendants. | IN THE DISTRICT COURT<br><br>95TH JUDICIAL DISTRICT<br><br>DALLAS COUNTY, TEXAS |



EXHIBIT
5

## PLAINTIFFS' ORIGINAL PETITION
## AND REQUEST FOR DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, GUSTAVO LUNA, ALMA TORRES, AND RAYO ANGEL INDIVIDUALLY AND AS NEXT FRIEND OF J.R. (MINOR), Plaintiffs, and file Plaintiffs' Original Petition, complaining of JONATHAN BELL AND J&R SCHUGEL TRUCKING, INC., Defendants, and would show unto the Court as follows:

### I. DISCOVERY PLAN

1.      This suit is governed by discovery control plan II under Rule 190.3 of the Texas Rules of  Civil Procedure.

### II. PARTIES

2.      Plaintiff, GUSTAVO LUNA, is an individual who resides at 2212 Fort Worth Dr., Trailer 87, Denton, Denton County, Texas TX 76205.

3.      Plaintiff, ALMA TORRES, is an individual who resides at 2212 Fort Worth Dr., Trailer 87, Denton, Denton County, TX 76205.

4.      Plaintiff, RAYO ANGEL INDIVIDUALLY AND AS NEXT FRIEND OF J.R. (MINOR), is an individual who resides at 2212 Fort Worth Dr., Trailer 87, Denton, Denton County, TX 76205.

5.      Defendant, JONATHAN BELL, is an individual who resides at 1058 Golden West Way, Lusby, Calvert County, MD 20657, and may be served with process through the Secretary of State, at P.O. Box 12079, Austin, Travis County, TX 78711. Citation is requested for this Defendant and service will be completed by a private

process server.

6.    Upon information and belief, Defendant, <u>J&R SCHUGEL TRUCKING,</u> INC., is a corporation with its principal place of business at 2026 N Broadway St., New Ulm, Brown County, MN 56073. Defendant may be served with process through the Secretary of State, at P.O. Box 12079, Austin, Travis County, TX 78711. Citation is requested for this Defendant and service will be completed by a private process server.

## III.  <u>JURISDICTION & VENUE</u>

7.    The Court has continuing jurisdiction over Defendants, because Defendant, Jonathan Bell, committed a tort within the State of Texas and Defendant, J&R Schugel Trucking, Inc., maintains minimum contacts with the State of Texas. The Court has jurisdiction over the controversy because the damages are within the statutory jurisdictional limits of the Court.

8.    Venue is proper in Dallas County, Texas, because all or a substantial part of the events or omissions giving rise to the claim occurred in Dallas County.

## IV.  <u>FACTS</u>

9.    This lawsuit results from an automobile collision that occurred on or about November 19, 2017, on IH-35, in Carrollton, Dallas County, Texas. Plaintiffs, Alma Torres, Rayo Angel and J.R. (Minor), were passengers in a vehicle driven by Plaintiff, Gustavo Luna. Plaintiffs were traveling southbound on IH-35. Defendant, Jonathan Bell, driving a commercial vehicle owned by J&R Schugel Trucking, Inc., was attempting to merge southbound onto IH-35. Defendant failed to yield the right of way to oncoming traffic and struck Plaintiff's vehicle. At the time of the collision, Defendant, Jonathan Bell, was acting in the course and scope of his employment with Defendant, J&R Schugel Trucking, Inc. As a result of the impact, Plaintiffs suffered bodily injury.

## V.  <u>NEGLIGENCE</u>

10.    Defendant, Jonathan Bell, and Defendant, J&R Schugel Trucking, Inc., vicariously, had a duty to exercise ordinary care and operate the vehicle reasonably and prudently and failed to do so. Defendants were negligent in at least the following

respects:

 a. Failure to maintain a proper lookout;

 b. Failure to make such application of the brakes as a person using ordinary care would have made;

 c. Failure to maintain proper control of the vehicle under the conditions then and there existing;

 d. Failure to turn the vehicle to the right or left to avoid the collision;

 e. Traveling at an unsafe speed; and

 f. Failure to maintain an adequate distance between the vehicle and the vehicle driven by Plaintiff.

## VI. RESPONDEAT SUPERIOR

11. At the time of the accident, Defendant, Jonathan Bell, was the agent, servant, and employee of Defendant, J&R Schugel Trucking, Inc., and was acting within the scope of his authority as such agent, servant, and employee. Defendant, J&R Schugel Trucking, Inc., is liable to Plaintiff for the negligence of Defendant, Jonathan Bell, under the common law doctrine of *respondeat superior.*

## VII. DAMAGES

12. As a proximate result of Defendants' negligence, Plaintiffs suffered bodily injury. Plaintiffs suffered the following damages:

 a. Physical pain and mental anguish in the past and future;

 b. Medical expenses in the past and future; and

 c. Physical impairment.

## VIII. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs , GUSTAVO LUNA, ALMA TORRES, RAYO ANGEL INDIVIDUALLY AND AS NEXT FRIEND OF J.R. (MINOR), respectfully request that Defendants, JONATHAN BELL AND J&R SCHUGEL TRUCKING, INC., be cited to appear and answer, and on final trial, that Plaintiffs have judgment against Defendants for:

a.  Actual damages;

b.  Prejudgment and post-judgment interest as allowed by law;

c.  Costs of suit;

d.  monetary relief over $200,000 but not more than $1,000,000; and

e.  Any further relief, either in law or equity, to which Plaintiffs are justly entitled.

## VIII. REQUEST FOR DISCLOSURE

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, please disclose all information identified in Rule 194.2 (a) - (l).

Respectfully submitted,

Ben Abbott & Associates, PLLC
1934 Pendleton Drive
Garland, TX 75041
(972) 263-5555
(817) 263-5555
(972) 682-7586 Facsimile
eService@benabbott.com

*/s/ David Maldonado*

by: David Maldonado
State Bar No.  24084914

ATTORNEYS FOR PLAINTIFFS